IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LONDY G. | : |
| v. | : |
| | : NO. 24-CV-5398 |
| FRANK BISIGNANO, | : |
| Commissioner of Social Security | : |

**O R D E R**

AND NOW, this 15th day of July, 2025, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE